IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERVIN NEIL DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 04-0481-BH-L |
| STUART C. IRBY COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is before the Court on the parties' joint motion (Doc. 53) for an extension of time to complete discovery and a continuance of both the Pretrial Conference now scheduled for August 10, 2005, and the Trial now scheduled for August 30, 2005. The parties specifically seek a ninety (90) day continuance with trial to be set no earlier than October 31, 2005.

Upon consideration of the motion and all other pertinent portions of the record, the Court concludes and it is therefore **ORDERED** that the motion is due to be and is hereby **GRANTED only** the extent that: (1) the Final Pretrial Conference is **CONTINUED** until **9:00 a.m. on October 26, 2005** with the jointly prepared Pretrial Order now due to be submitted by the parties on October 19, 2005; (2) the Trial is **CONTINUED** until further order of the court, a date to be determined at the aforementioned Pretrial Conference; and (3) discovery is reopened in this action for the sole purpose of taking the depositions of Dr. Bendt Petersen and Dr. William Bose on September 28, 2005 and October 13, 2005, as presently scheduled. No further extensions of time shall be granted.

In all other respects, it is **ORDERED** that the joint motion be and is hereby **DENIED**, including any discovery related to the designation by the defendant on July 28, 2005, of a vocational expert and a ladder expert, the untimeliness of which is entirely unexplained and clearly unjustified in light of the fact that this litigation commenced over a year ago and the plaintiff is alleged to have reached Maximum medical improvement on April 21, 2005, well before the discovery deadline of May 13, 2005 which was established by this Court on September 22, 2004 (Doc. 22).

**DONE** this 2nd day of August, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE
